UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/20/2025
```

YURIDIA ALBERTO ANDRES,

                    Plaintiff,

         -v-

JAGUAR RESTAURANT, *et al.*,

                  Defendants.

**ORDER**

25-CV-1061 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

     Plaintiff filed this action on February 6, 2025.  Dkt. No. 1.  On April 11, 2025, Plaintiff filed proof of service on all three defendants.  Dkt. Nos. 10–12.  Their answers were due April 11.  *Id.*  On April 23, a second proof of service was filed with respect to the corporate defendant, which set the answer date as May 13, 2025.  Dkt. No. 14.

     To date, the docket reflects that no Defendant has appeared in this action nor responded to the Complaint.  Given Defendants' non-appearance since the affidavits of service were filed, if Plaintiffs believe that they have effectuated service, then they should initiate default judgment proceedings in accordance with Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rules 55.2(b) by **May 30, 2025**.  Alternatively, Plaintiffs may submit a status letter by the same date, informing the Court as to Plaintiffs' litigation plan and whether they are still actively attempting to serve Defendants.

Failure to comply with this Order could result in a recommendation to the Honorable Ronnie Abrams that this action be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

**SO ORDERED.**

Dated: May 20, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge