# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

May 22, 2025

**VIA ECF**  
Hon. Henry Ricardo  
United States Magistrate Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

       Re:      **Andres v. Jaguar Restaurant Inc. et al**  
                    **25-cv-01061-RA-HJR**

Your Honor:

     We represent Plaintiff in the above-referenced matter. We write to respectfully request a thirty-day extension of the deadline for Plaintiff to move for default judgment, currently scheduled for May 27, 2025. This is the first request of its kind and is submitted without the consent of Defendants, who have neither appeared nor answered.

     Plaintiff has requested certificates of default.[1] Plaintiff has begun working on her default motion but anticipates needing more time to finalize it. As such, Plaintiff respectfully requests the deadline to file a default motion be extended.

Respectfully Submitted,

/s/Jesse Barton  
Jesse Barton

Application granted. Plaintiff shall follow the procedure for default judgments set forth in Attachment A to the Court's Individual Rules.

SO ORDERED.

Hon. Ronnie Abrams  
May 23, 2025

---

[1] Plaintiff will be dismissing her claims without prejudice against Defendant Audelia Doe. There has not been any sort of settlement with said Defendant.

*Certified as a minority-owned business in the State of New York*