UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/2025

YURIDIA ALBERTO ANDRES, individually and
on behalf of others similarly situated,

                Plaintiff,

-v-

JAGUAR RESTAURANT INC., *et al.*,

                Defendants.

**ORDER**

25-CV-1061 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion requesting an adjournment of the Rule 16 Conference scheduled for December 4, 2025. ECF No. 43. The letter motion at ECF No. 43 is **GRANTED** and the Rule 16 Conference is adjourned to **January 5, 2026** at **11:00 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 759 832 098#).

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 43 as **GRANTED**.

**SO ORDERED.**

Dated: December 3, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge