UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/20/2026_

YURIDIA ALBERTO ANDRES, individually and on behalf of others similarly situated,

Plaintiff,

-v-

JAGUAR RESTAURANT INC., *et al.*,

Defendants.

**ORDER**

25-CV-1061 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court has been notified that the Parties reached settlement on all issues in this case. The Parties are directed to file their settlement agreement, a motion for approval explaining why settlement should be approved pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), contemporaneous time records supporting attorneys' fees, and any other supporting documents, by **February 20, 2026.**

**SO ORDERED.**

Dated: January 20, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge