**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

YURIDIA ALBERTO ANDRES, *individually and on*
*behalf of others similarly situated,*

              *Plaintiff,*

       -against-

JAGUAR RESTAURANT INC. (D/B/A JAGUAR
RESTAURANT), ALFONSO ISIDORO, and
OBDULIA ISIDORO,

              *Defendants,*

-------------------------------------------------------------X

Civil Action No. 1:25-cv-01061

~~[Proposed Form Of]~~
**JUDGMENT**

## JUDGMENT

On January 22, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, YURIDIA ALBERTO ANDRES, has judgment against JAGUAR RESTAURANT INC. (D/B/A JAGUAR RESTAURANT), ALFONSO ISIDORO, and OBDULIA ISIDORO, jointly and severally, in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00), which is inclusive of attorneys' fees and costs.

Dated:  February 2, 2026
         New York, New York

                                       _____

                                      Ronnie Abrams
                                      United States District Judge